UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS WINSTON DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 17-cv-01692-SK<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff DOUGLAS WINSTON DAVIS failed to file a motion for summary judgment by the August 3, 2017 deadline set forth in the Court's scheduling order at docket number 2. Therefore, the Court hereby issues an ORDER TO SHOW CAUSE setting forth why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff has until September 15, 2017 to submit a written statement to the Court describing why the case should not be dismissed. The Plaintiff is strongly encouraged to consult the Self-Help Center which provides assistance to parties appearing without counsel. The Self-Help Center has offices in both the San Francisco and Oakland Courthouses. The appointment line can be reached at 415-782-8982.

    If plaintiff fails to provide a written statement in compliance with this order, the case shall be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 23, 2017

                                                                                                                           *Sallie Kim*
                                                                               SALLIE KIM
                                                                               United States Magistrate Judge